UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEI RAKHMANIN, NATALIA STEPANOVA and SVETLANA LARINA, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KANEX INC. d/b/a GRANDMOUNTAIN HOTEL, ALEXSMUSHKOVICH and TATYANARUGANOVICH, Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:21-cv-00275-WFK-SJB |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this matter is dismissed with prejudice, which each party to bear its on fees, costs and expenses.

Dated: April 26, 2022
      New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
*Attorneys for Plaintiffs*

Dated: April 26, 2022
      New York, New York

_____
Irina Shpigel
SHPIGEL LAW P.C.
7 World Trade Center, 46th Fl
New York, New York 10007
ishpigel@iselaw.com
*Attorneys for Defendants*